```
 1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
 2                          MIAMI DIVISION
                     CASE NO. 1:15-cr-21004-CMA-1
 3
       UNITES STATES OF AMERICA,        Miami, Florida
 4
                Government,             January 26, 2016
 5
            vs.                         9:33 a.m. to 9:44 a.m.
 6
       STEPHEN M. COSTA,                Courtroom 12-2
 7
                Defendant.              (Pages 1 to 10)
 8
 9                     CHANGE OF PLEA HEARING
             BEFORE THE HONORABLE CECILIA M. ALTONAGA,
10                  UNITED STATES DISTRICT JUDGE

11    APPEARANCES:

12     FOR THE GOVERNMENT:    FRANK H. TAMEN, ESQ.
                              Assistant United States Attorney
13                            99 Northeast Fourth Street, Suite 700
                              Miami, Florida  33132
14                            305-961-9022
                              frank.tamen@usdoj.gov
15
       FOR THE DEFENDANT:     LILLY ANN SANCHEZ, ESQ.
16                            The LS Law Firm
                              Four Seasons Tower, Suite 1200
17                            1441 Brickell Avenue
                              Miami, Florida 33131
18                            (305) 503-5503
                              lsanchez@thelsfirm.com
19
       REPORTED BY:           STEPHANIE A. McCARN, RPR
20                            Official Court Reporter
                              400 North Miami Avenue
21                            Twelfth Floor
                              Miami, Florida 33128
22                            (305) 523-5518
                              Stephanie_McCarn@flsd.uscourts.gov
23

24

25
```

1                        <u>I N D E X</u>

2                        <u>WITNESSES</u>

3

   <u>WITNESSES FOR THE GOVERNMENT</u>:                    <u>Page</u>
4                                                          <u>--</u>

5


6
   <u>WITNESSES FOR THE DEFENDANT</u>:                     <u>Page</u>
7                                                          <u>--</u>

8


9  <u>EXHIBITS MARKED & ADMITTED IN EVIDENCE</u>   <u>MARKED</u>   <u>ADMITTED</u>

10   Government's Exhibit No.                       --          --

11   Defendant's Exhibit No.                        --          --

12

13

14

15

16                       <u>MISCELLANEOUS</u>

17                                                         <u>Page</u>
   Proceedings.......................................    3
18   Court Reporter's Certificate......................   10

19

20

21

22

23

24

25

```
 1          (The following proceedings were held at 9:33 a.m.)

 2               THE COURT:  United States and Stephen Costa.

 3               Counsel, please state your appearances.

 4               MR. TAMEN:  Good morning, Your Honor.  Frank Tamen

 5     representing the United States.

 6               MS. SANCHEZ:  Your Honor, good morning.  Lilly Ann

 7     Sanchez on behalf of Mr. Costa who is present before the Court.

 8               THE COURT:  Good morning.

 9               Mr. Costa, if you could raise your right hand, please.

10          (The Defendant was sworn.)

11               THE DEFENDANT:  Absolutely, yes.

12               THE COURT:  Please be seated.

13               Mr. Costa, I am going to be asking you some questions

14     this morning in order to accept your change in plea from a plea

15     of not guilty to a plea of guilty.  If at any time you do not

16     understand any of my questions, please let me know and I will

17     try to clarify the question for you.  Also if at any time you

18     would like to speak with your attorney and consult with her off

19     the record, let me know that and we will pause to give you an

20     opportunity to do so.  And last, please note that you are under

21     oath, all of your answers to my questions need to be truthful.

22     If they are not, you may be subjecting yourself to charges of

23     perjury.

24               And you understand my instructions?

25               THE DEFENDANT:  Yes, Your Honor.
```

| | |
|---|---|
| 1 | THE COURT:  Please state your full name. |
| 2 | THE DEFENDANT:  My name is Stephen Manuel Costa. |
| 3 | THE COURT:  How old are you? |
| 4 | THE DEFENDANT:  I'm 31 years old. |
| 5 | THE COURT:  How far did you go in school? |
| 6 | THE DEFENDANT:  Some college. |
| 7 | THE COURT:  And what country are you a citizen of? |
| 8 | THE DEFENDANT:  The United States of America.  I was |
| 9 | born here. |
| 10 | THE COURT:  Have you ever been treated for a mental |
| 11 | illness or for an addiction to narcotic drugs? |
| 12 | THE DEFENDANT:  I've been treated for bipolar |
| 13 | disorder. |
| 14 | THE COURT:  Are you currently taking any medication |
| 15 | for that? |
| 16 | THE DEFENDANT:  Yes, Your Honor. |
| 17 | THE COURT:  And what medication is that? |
| 18 | THE DEFENDANT:  Olanzapine, which is -- brand name is |
| 19 | Zyprexa, and Depakote. |
| 20 | THE COURT:  Does that medication affect your |
| 21 | understanding of what's happening here this morning? |
| 22 | THE DEFENDANT:  No. |
| 23 | THE COURT:  Do you need to finish writing something? |
| 24 | THE DEFENDANT:  No. |
| 25 | THE COURT:  Does the medication affect the |

```
 1    voluntariness of your actions?  Do you feel like there is
 2    something inside of you that is forcing you or compelling you
 3    to be here and do this?
 4              THE DEFENDANT:  No.
 5              THE COURT:  Do you believe that you have any mental or
 6    physical condition or illness that prevents you from
 7    understanding what's happening here in court this morning?
 8              THE DEFENDANT:  Not at the moment.
 9              THE COURT:  Ms. Sanchez, in your opinion, is your
10    client competent to enter a guilty plea?
11              MS. SANCHEZ:  Yes, Your Honor.
12              THE COURT:  Mr. Costa, prior to today, did you receive
13    a copy of the indictment containing the written charges against
14    you?
15              THE DEFENDANT:  I did.  However, I -- I want to ask
16    for more time simply because something in my heart is telling
17    me that I need a little bit more time to make this decision.
18    It is a major life decision.  And I would like more time if
19    that's possible.
20              MR. TAMEN:  I have no objection to that, Your Honor.
21    This case has just transferred here from New York very
22    recently.  If he needs more time, I don't have a problem with
23    doing that rather than having to deal with subsequent motions
24    and petitions.
25              THE COURT:  Have you received discovery, Ms. Sanchez?
```

1           MS. SANCHEZ:  No, Your Honor.  This case has been

2   pending up in the Southern District of New York since December

3   2013.  It was sealed up there because of the nature of our

4   involvement with the prosecution and another pending case up in

5   New York.

6           Once a -- we -- there was a decision to plead guilty

7   in this case, then the Southern District of New York requested

8   that it -- to be Rule 20'd down to Florida for the plea and

9   subsequent sentencing because Mr. Tamen was also working with

10  Mr. Costa on other investigations.

11          Um, so it was transferred down here, and discovery was

12  never handed over in New York because it was almost like in

13  a -- it was just basically a -- a sealed case when we were

14  working with the government.  The only discovery that we got in

15  from New York was some issue -- some of the documentation that

16  we requested regarding some of the medications and other issues

17  that we received.  We didn't get the entire, full discovery

18  package from New York.  And I am not even sure that Mr. Tamen

19  has even received anything further from New York either.

20          MR. TAMEN:  No, I don't.  I was not aware that

21  discovery had been completed in New York.  I do have some

22  agents who are working on gathering reports, so I will have

23  material I can provide once I get that.  And I will have to

24  contact the prosecutor in New York for anything else that may

25  be involved.

```
 1              THE COURT:  So the case has been pending for over two

 2    years?

 3              MS. SANCHEZ:  The indictment is from December of 2013.

 4              THE COURT:  I have a note here signed by Mr. Costa

 5    dated November 19, 2015, indicating that you wish to plead

 6    guilty and consent to having the case transferred here.  That

 7    was back in November.

 8              So what do you need more time for, Mr. Costa?  Unless

 9    you want to undo this consent to transfer, we can just send the

10    case back to New York.  I assume I could probably do that if

11    this consent was not voluntarily given.

12              THE DEFENDANT:  I need more time to talk to my

13    attorneys before we make any decisions to send anything back,

14    just to be clear on the charges and really understand what I'm

15    being charged with.

16              THE COURT:  Okay.  So was this consent accepted in

17    open court or it was simply filed and the case transferred to

18    me?  I will just transfer it back to New York if there was no

19    voluntariness with this consent of transfer.

20              Mr. Tamen.

21              MR. TAMEN:  I believe that it was signed here and then

22    it was submitted to the court in New York in order to have the

23    court there transmit the case down here.  I know that Mr. Costa

24    has, you know, been represented for some period of time and he

25    was in a -- he was involved in cooperation with the government
```

1   in New York and also in Miami, so that may be why things have

2   moved in a slightly different manner than the normal case

3   because he began cooperating fairly early on.  I don't know,

4   you know, what went on between his counsel and, obviously --

5   and the defendant.  And I have some knowledge of communications

6   between -- from New York, from the U.S. attorney's office in

7   New York.

8          THE COURT:  So I will just transfer it back to New

9   York, right, and you all can pick up where you left off there.

10  This is a consent to transfer for a change of plea, but

11  Mr. Costa now says he doesn't wish to plead today and he wants

12  more time.  So let's send it back to New York and you all go

13  about what it was you were doing for those two-plus years.  No?

14         MR. TAMEN:  Well, it may come to that, but I would ask

15  the Court to give us a little bit of time and let Mr. Costa

16  speak with his counsel some more and maybe build up his

17  confidence level before we send it back up.  I think we

18  probably should be able to work things out here if we can just

19  postpone it for a while.

20         THE COURT:  What is the issue, Mr. Tamen?  What am I

21  missing in this picture?  This is a little unusual.  A

22  two-year-old case transferred here for a change of plea but the

23  defendant needs more time to talk to his attorney and the

24  government very willingly says, Yes, let's give the defendant

25  more time.  The defendant has had two years and you say has

1    been cooperating.  So this is highly unusual.

2              MR. TAMEN:  I agree.  I didn't expect this.  I don't

3    know what the defendant's issues are.  I would just ask the

4    Court to have some patience with him since we went through some

5    extended negotiations to get this case here before we undo all

6    of that.  If we could just --

7              THE COURT:  Okay.  Let me set this over for a report

8    on Friday and you all let me know what you want to do with this

9    case.

10             MR. TAMEN:  Okay.

11             THE DEFENDANT:  And I suggest, Mr. Costa, you speak to

12   your attorneys and decide in your own mind if you -- if that

13   consent to transfer for a plea is not what you want to do, let

14   us know and we can undo that and send the case back.

15             How is Friday at -- Friday at 10:30?

16             MR. TAMEN:  That's okay.  That'd work.

17             THE DEFENDANT:  Your Honor, I would like to apologize

18   to the Court.  This is completely unexpected and I was --

19             THE COURT:  That's fine.  That's all right.

20             THE DEFENDANT:  -- and to Mr. Tamen, as well, I do

21   apologize.  Even my attorney, I caught her by surprise.  This

22   morning, I just -- something in my heart is telling me today is

23   not the day.

24             THE COURT:  All right.  So let me know on Friday

25   whether -- what it is you want to do.

```
 1          THE DEFENDANT:  I believe by Friday we'll get this

 2   wrapped up.

 3          THE COURT:  All right.

 4          Friday at 10:30, Ms. Sanchez, are you available?

 5          MS. SANCHEZ:  Yes, Your Honor.

 6          THE COURT:  Mr. Tamen?

 7          MR. TAMEN:  Yes, Your Honor.  Um, if we could do it

 8   maybe at 10 o'clock that might --

 9          THE COURT:  10 o'clock, Friday.  Okay.

10          MR. TAMEN:  Okay.

11          THE COURT:  Thank you.  You all have a good day.

12          THE DEFENDANT:  Thank you.

13          MS. SANCHEZ:  Thank you, Your Honor.

14      (The proceedings adjourned at 9:44 a.m.)

15

16

17                     C E R T I F I C A T E

18      I hereby certify that the foregoing is an

19   accurate transcription of the proceedings in the

20   above-entitled matter.

21

22

23   _07/19/16__        STEPHANIE A. McCARN, RPR
        DATE            Official United States Court Reporter
24                      400 North Miami Avenue, Twelfth Floor
                        Miami, Florida 33128
25                      (305) 523-5518
```