# MINUTE ORDER

Page 4

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3                     Date: 5/26/2021    Time: 1:30 p.m.

Defendant: STEPHEN COSTA          J#: 69734-054    Case #: 15-CR-21004-ALTONAGA
AUSA: Frank Tamen                  Attorney: MARC SEITLES (Perm)
Violation: SUPERVISED RELEASE VIOLATION         Surr/Arrest Date:    YOB:

Proceeding: Initial Appearance                    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No       Recommended Bond:
Bond Set at: $ 100K PSB                           Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
     Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☑ Other: All the terms of his previous supervised release into the current Bond.

Language: English

Disposition:
Brady Warning given. Defendant consents to appear via VTC. The parties STIPULATED to Bond. **DEFENDANT RELEASED.** Bond Paperwork due by 5/28/2021.

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. JG_01-05-26-2021/ Zoom- 1:39PM            Time in Court: 5 mins.

                s/Jonathan Goodman                         Magistrate Judge